# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

(1) **DEDRICK D. REED**

Plaintiff(s),

vs.

Case Number:  14-CV-423-CVE-FHM

(1) **H & H ROAD BORING CO.**

Defendant(s).

## STATUS REPORT ON REMOVED ACTION

This form must be filed by the removing party at the time of filing the notice of removal or within five (5) days of the filing of the notice of removal in the U.S. District Court. *Note:* Additional sheets may be used as necessary.

I.      **State Court Information**

Identify the court from which the case is being removed. Specify the number assigned to the case in that court.

Court:  District Court Rogers County
Number:  CJ-2014-157

II.     **Style of the Case**

Include all termed/dismissed and pending Plaintiff(s), Defendant(s), Intervenor(s), Counter-Claimant(s), Counter-Defendant(s), Cross-Claimant(s), Cross-Defendant(s), Third-Party Plaintiff(s), and Third-Party Defendant(s). Indicate the party type and the attorney(s) of record for each party.

| Party(ies) | Party Type | Attorney(s) of Record (OBA #, Law Firm & Address, 10-Digit Phone #) |
|---|---|---|
| Dedrick D. Reed | PPlaintiff | Daniel E. Smolen, OBA 19943 701 S. Cincinnati, Tulsa, OK 74119 (918) 585-2667 |
| H & H Road Boring Co | Defendant | Randall A. Gill, OBA #10309 2512 East 21st Street, Tulsa, OK 74114 (918) 747-1958 |

Status Report on Removed Action CV-22 (2/2014)

III.   **Jury Demand**

Was a Jury Demand made in State Court?    ☐ Yes    ☐ Yes, but rescinded    XX No

Requesting Party(ies)                                                    Date of Request

_____     _____

_____     _____


IV.   **Complaints, Counter-Claims, Cross-Claims, Third Party Complaints, and Intervenor Complaints**

List all complaint-type documents (Complaints, Amended Complaints, Counter-Claims, Amended Counter-Claims, Cross-Claims, Amended Cross-Claims, Third-Party Complaints, Amended Third-Party Complaints, Intervenor Complaints, and Amended Intervenor Complaints) filed in State Court. Indicate filing party(ies), against whom, and date filed.

| Complaint-Type Document(s) | Filing Party(ies) | Against Whom | Date Filed |
|---|---|---|---|
| Petition | Dedrick D. Reed | H & H Road Boring Co | July 11, 2014 |
| | | | |


V.   **Unserved Parties**

List parties not served at time of case removal.

| Unserved Party(ies) | Reason(s) for No Service |
|---|---|
| NONE | |
| | |


VI.   **Answer**

Was an Answer made in State Court?    Yes ☐    No XX

If **Yes**, indicate document answered, filing party(ies), and date filed.

| Document Answered | Filing Party(ies) | Date Filed |
|---|---|---|
| N/A | | |


VII.   **Non-suited, Dismissed or Terminated Parties**

List party(ies) non-suited, dismissed or terminated from the State Court action. Indicate date of termination/dismissal.

Status Report on Removed Action CV-22 (2/2014)

| Non-suited, Dismissed or Terminated Party(ies) | Date Terminated/Dismissed |
|---|---|
| NONE | |
| | |

## VIII.    Remaining Claims of the Parties

List all pending complaint-type documents from Section IV. Indicate filing party(ies), against whom and date filed.

| Pending Complaint-Type Document(s) | Filing Party(ies) | Against Whom | Date Filed |
|---|---|---|---|
| Answer | H & H Road Boring Co | Dedrick Reed | Not yet due |

## IX.    Pending Motions

List all contested pending motions. Indicate filing party(ies) and date filed.

| Pending Motions | Filing Party(ies) | Date Filed |
|---|---|---|
| NONE | | |
| | | |

Removing Party(ies):        H & H Road Boring Co.

Attorney Signature:

Printed Name:               Randall A Gill

OBA Number:                 10309

Law Firm:                   Gill Law Firm

Address:                    2512 East 21st Street

City, State, Zip Code:      74114-1706

10-Digit Phone Number:      918-747-1958

Facsimile:                  918-747-1108

Email Address:              Gill-Law@swbell.net

Status Report on Removed Action CV-22 (2/2014)

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

      Name(s) Only:    Daniel E. Smolen

I hereby certify that on _____ (Date), I served the same document by:

    ☐ U.S. Postal Service    ☐ In-Person Delivery    ☐ Courier Service    ☐ Email

on the following, who are not registered participants of the ECF System:

      Name(s) and Address(es):

                                 /s/ Randall A. Gill
                                 Signature