## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DEDRICK D. REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 14-CV-423-CVE-FHM |
| vs. | ) | |
| | ) | Document #19 |
| H & H ROAD BORING COMPANY, LLC. | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING EXTENSION OF TIME TO DESIGNATE EXPERT WITNESSES AND REPORT

Defendant's Motion for Extension of Time to Designate Expert Witnesses and Report, [Dkt. 19], has been referred to the undersigned United States Magistrate Judge. Defendant seeks until January 31, 2015 in which to designate expert witnesses and to submit expert reports.

By Order dated December 5, 2014, [Dkt. 22], Plaintiff was ordered to respond to the instant motion on or before December 24, 2014 and Plaintiff was advised that failure to respond may result in the dismissal of his claims with prejudice and the imposition of additional sanctions. No response has been filed.

There being no objection to the application to extend the expert witness deadline, the undersigned United States Magistrate Judge finds that the request for an extension of the expert witness deadline should be and is hereby granted. Defendant has until January 31, 2015, in which to designate expert witnesses and to submit expert reports.

SO ORDERED this 29th day of December, 2014.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE