## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **DEDRICK D. REED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 14-CV-0423-CVE-FHM** |
| | ) | |
| **H & H ROAD BORING COMPANY, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JUDGMENT

This matter has come before the Court for consideration and an Order (Dkt. # 33) dismissing without prejudice plaintiff's racial discrimination claim under 42 U.S.C. § 1981 and his intentional infliction of emotional distress claim has been entered.  In a previous opinion and order (Dkt. # 18), the Court found that defendant was entitled to summary judgment on plaintiff's claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. (Title VII).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment for the defendant and against the plaintiff is hereby entered as to plaintiff's Title VII claims (first, third, and fourth claims for relief), and plaintiff's § 1981 claim (second claim for relief) and intentional infliction of emotional distress claim (fifth claim for relief) are dismissed without prejudice.

**DATED** this 11th day of February, 2015.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE